IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hayden, Michael | Case Number: 04 B 33647 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/13/07 | Filed: 9/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 20, 2007
Confirmed: December 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 54,336.91 | |
| Secured: | | 48,813.73 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,807.12 |
| Other Funds: | | 16.06 |
| Totals: | 54,336.91 | 54,336.91 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 31,160.10 | 26,075.50 |
| 3. | Monterey Financial Services | Secured | 115.03 | 106.22 |
| 4. | American General Finance | Secured | 1,560.93 | 1,523.17 |
| 5. | Monterey Financial Services | Secured | 1,049.97 | 1,024.58 |
| 6. | General Motors Acceptance Corp | Secured | 18,175.95 | 17,756.78 |
| 7. | Dell Financial Services, Inc | Secured | 520.32 | 507.73 |
| 8. | Chase Manhattan Mortgage Corp | Secured | 1,862.49 | 1,819.75 |
| 9. | Aspire Visa | Unsecured | 3,379.29 | 0.00 |
| 10. | Dell Financial Services, Inc | Unsecured | 191.30 | 0.00 |
| 11. | Great American Finance Company | Unsecured | 1,107.89 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 336.45 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 76.93 | 0.00 |
| 14. | Capital One | Unsecured | 1,001.86 | 0.00 |
| 15. | American General Finance | Unsecured | 1,859.94 | 0.00 |
| 16. | Capital One | Unsecured | 959.05 | 0.00 |
| 17. | General Motors Acceptance Corp | Unsecured | 2,053.91 | 0.00 |
| 18. | Cavalry Portfolio Services | Unsecured | 716.54 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 701.79 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 2,918.55 | 0.00 |
| 21. | Capital One | Unsecured | 416.61 | 0.00 |
| 22. | The Leading Man | Unsecured | 702.10 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 643.48 | 0.00 |
| 24. | City Of Chicago Dept Of Revenue | Unsecured | 85.00 | 0.00 |
| 25. | Cu Recovery Inc Federal Credit Union | Unsecured | 15,345.68 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hayden, Michael

Printed:  12/13/07

Case Number:  04 B 33647
Judge:  Goldgar, A. Benjamin
Filed:  9/10/04

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 681.16 | 0.00 |
| 27. | B-Line LLC | Unsecured | 2,424.86 | 0.00 |
| 28. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 29. | Good Year | Unsecured | | No Claim Filed |
| 30. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 31. | Kmart Corp | Unsecured | | No Claim Filed |
| 32. | First National Bank | Unsecured | | No Claim Filed |
| 33. | Social Security Administration | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 92,747.18 | $ 51,513.73 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 833.11 |
| 4% | 254.56 |
| 3% | 211.61 |
| 5.5% | 1,163.25 |
| 5% | 291.08 |
| 4.8% | 53.51 |
| | _____ |
| | $ 2,807.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

